

Welcome **James D. Pierce** [ Log Out ]

Home | Civil | Family | Criminal | Child Support | Online Services | HR | About Us | Court Registry | Copies | | | FAQs

[WS7] Home > Online Services > Attorney Search

**Quick Links**

- Costs and Fees
- Child Support Records
- Jury Services
- Search Our Records & Documents
- Background Checks
- FREEfax
- e-Filing
- Forms
- Government Agencies
- Historical Documents
- How to Contact Us
- District Clerk Biography
- Order History
- Update Address / Information
- Attorney Vacation
- Search Attorney Vacation
- Change Password

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
7/6/2015 8:30:24 PM
Houston, Texas | June 30, 2015
CHRISTOPHER A. PRINE
Clerk

## Attorney Detail

### Address Information

| | |
|---|---|
| **Bar Number:** | 11203180 |
| **Name:** | Kelley, Lloyd E |
| **Street Nbr:** | 2726 |
| **Street:** | Bissonnet Ste 240 PMB12 |
| **City:** | Houston |
| **State:** | TX |
| **Zip:** | 77005 |
| **Phone:** | 2814927766 |
| **Fax:** | |

### Vacation Information - 72 Total Week(s)

**Vacation Year:** 2015

| Region | Begin Date | End Date | File Date | Modified By | Modified Date |
|---|---|---|---|---|---|
| CIVIL / FAMLY | 8/31/2015 | 9/4/2015 | 5/8/2015 | Kelley, Lloyd E | 5/8/2015 2:36:00 PM |
| CIVIL / FAMLY | 8/24/2015 | 8/28/2015 | 5/8/2015 | Kelley, Lloyd E | 5/8/2015 2:36:00 PM |
| CIVIL / FAMLY | 6/29/2015 | 7/3/2015 | 5/8/2015 | Kelley, Lloyd E | 5/8/2015 2:36:00 PM |
| CIVIL / FAMLY | 6/22/2015 | 6/26/2015 | 5/8/2015 | Kelley, Lloyd E | 5/8/2015 2:36:00 PM |

**Contact Information**

Civil Courthouse
201 Caroline
Houston, TX 77002

**Mailing Address:**

Harris County District Clerk
P.O. Box 4651
Houston, Texas 77210

**EXHIBIT**

**A**

exhibitsticker.com

### Search Our Records and Documents



Search our records and documents to view detailed case (cause) information including court, costs, location, documents, party information, and more.

### Forms



For your convenience, forms are available for downloading or printing. Click to locate the forms you will need.

### Government Agencies



e-Gov allows users employed by government agencies to query and retrieve documents from their office.